

February 18, 2025

Delivered Via CM/ECF

United States District Court for the Eastern District
Tyler Division
Court Clerk
William M. Steger Federal Building and United States Courthouse
211 West Ferguson Street Room 106
Tyler, Texas 75702

      Re:    Civil Action No. 6:24-cv-00498; *Omar Majdi Baddourah v. University of Texas at Tyler,* in the United States District Court for the Eastern District of Texas, Tyler Division

Dear Clerk:

      The purpose of this letter is to notify you and all counsel and pro se litigants of record that I will be attending a special education ARD meeting, hearing, trial, mediation, CLE or will be on vacation on the below dates. Should you have any questions, please do not hesitate to contact me. As such, I respectfully request that no hearings pre-trials, depositions, trials, or other matters be scheduled for the following dates:

    February 20, 2025
    February 21, 2025
    February 26, 2025 (a.m.)
    March 3, 2025 (a.m.)
    March 5, 2025 (p.m.)
    March 7 – 15, 2025
    March 19, 2025
    March 24-25, 2025
    April 1 – 15, 2025 (set on 2-week trial docket)
    April 22, 2025
    April 28-30, 2025
    May 14, 2025 (a.m.)
    June 2-4, 2025
    June 17, 2025
    July 7, 2025
    July 14, 2025 (a.m.)
    July 21 – August 1, 2025 (set on 2-week trial docket)
    August 4 – 8, 2025
    September 4, 2025 (a.m.)
    October 6 – 31, 2025 (set on 4-week trial docket)

17304 Preston Road, Suite 800                                            Marianne Howland
Dallas, TX 75252                                               marianne@howlandshakelaw.com
Tel: (469) 371-4282                                                 George H. Shake
Fax: (469) 574-7660                                               george@howlandshakelaw.com



        Sincerely,

        /s/George H. Shake

        George H. Shake

Cc: All counsel and pro se parties Via CM/ECF

17304 Preston Road, Suite 800　　　　　　　　　　　　　　　　　　　　　　　Marianne Howland
Dallas, TX 75252　　　　　　　　　　　　　　　　　　　　　　　marianne@howlandshakelaw.com
Tel: (469) 371-4282　　　　　　　　　　　　　　　　　　　　　　　　　　　　George H. Shake
Fax: (469) 574-7660　　　　　　　　　　　　　　　　　　　　　　　george@howlandshakelaw.com