IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **OMAR MAJDI BADDOURAH,** § | |
| § | |
| **Plaintiff,** § | Civil Case No. 6:24-cv-00498 |
| § | |
| § | |
| **v.** § | |
| § | |
| **THE UNIVERSITY OF TEXS AT TYLER,** § | |
| § | |
| **Defendant.** § | |
| § | |

## PLAINTIFF'S CORRECTED NOTICE TO THE COURT

Plaintiff, Omar Majdi Baddourah ("Plaintiff"), respectfully provides this notice to the Court that *Plaintiff's Unopposed Motion to Extend Time to Respond to Defendant's Motion to Dismiss* [Dkt. 9], **granted** by the Court [Dkt. 10] on April 17, 2025, "requests this Court deem *Plaintiff's First Amended Complaint* to be filed timely in response to Defendant's motion to dismiss." [Dkt. 9, page 2, ¶ 7]. Plaintiff's First Amended Complaint [Dkt. 9-1] was filed as an exhibit to *Plaintiff's Unopposed Motion to Extend Time to Respond to Defendant's Motion to Dismiss.* [Dkt. 9].

This Notice is intended to aid the Court for the purpose of determining if the Court wishes to order the clerk to designate *Plaintiff's First Amended Complaint* as a new pleading under a separate docket number or order the Plaintiff to refile same.

Respectfully submitted,

HOWLAND SHAKE LAW, LLP
17304 Preston Road, Suite 800
Dallas, Texas 75252
Tel: 469-371-4282

Fax: 469-574-7660

/s/George H. Shake
George H. Shake
Texas State Bar No. 24077524
Federal ID No. 3684307
george@howlandshakelaw.com
Attorney for Plaintiff

2